UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES BULTEMA,

    Petitioner,

v.                                                                          Hon. Sally J. Berens

U.S. DEPARTMENT OF JUSTICE,                     Case No. 1:24-mc-140

    Respondent.

## ORDER

This matter is before the Court on Petitioner's Motion to Quash and for an Order Pursuant to the Customer Challenge Provisions of the Right to Financial Privacy Act of 1978. (ECF No. 1.) For the reasons stated on the record at the hearing held December 10, 2024, the motion (ECF No. 1) is denied.

Any appeal of this Order shall be made to a United States District Court Judge. The parties shall have 14 days from the service of this order in which to file any appeal. Should an appeal be filed, a civil case will be opened, and a District Court Judge will be assigned at random.

IT IS SO ORDERED.

Dated: December 10, 2024                                         /s/ Sally J. Berens
                                                                          SALLY J. BERENS
                                                                          U.S. Magistrate Judge